**FILED**

JUL 20 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFFREY WHITE,<br><br>   Plaintiff - Appellant,,<br><br>v.<br><br>CITY OF LAGUNA BEACH; et al.,<br><br>   Defendants - Appellees.. | No. 10-55229<br><br>D.C. No. 8:08-cv-01109-JVS-RNB<br>Central District of California,<br>Santa Ana<br><br>ORDER |



Appellant's motion to voluntarily dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Lisa J. Evans
Circuit Mediator

lje/mediation